1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   RONY ORDONEZ-PEREZ

   FILED
   MAR 15 2011
   CLERK, U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
   BY _____
       DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,      )
                                  )  Cr.S. 10-0030-EJG
13            Plaintiff,          )
                                  )  **STIPULATION AND [PROPOSED]**
14       v.                       )  **ORDER**
                                  )
15 RONY ORDONEZ-PEREZ,            )  DATE: April 8, 2011
                                  )  TIME: 10:00 a.m.
16            Defendant.          )  JUDGE: Hon. Edward J. Garcia
                                  )
17 _____)  *as modified*

19     It is hereby stipulated and agreed to between the United States of
20 America through MICHELE BECKWITH, Assistant U.S. Attorney, and
21 defendant, RONY ORDONEZ-PEREZ, by and through his counsel, BENJAMIN
22 GALLOWAY, Assistant Federal Defender, that the status conference set
23 for Friday, March 18, 2011, be continued to Friday, April 8, 2011, at
24 10:00 a.m..
25     The reason for this continuance is to allow defense counsel
26 additional time to review discovery with the defendant, to examine
27 possible defenses and to continue investigating the facts of the case.
28     Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for April 9, 2011, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 15, 2011          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               RONY ORDONEZ-PEREZ


DATED: March 15, 2011          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               MICHELE BECKWITH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 8, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: March 15, 2011.                    _____
                                          EDWARD J. GARCIA
                                          United States District Judge